In the Matter of the Arbitration between SIDNEY WOLF, Respondent, and LOUIS H. RAVNER et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of EVELYN DIAMOND, Appellant, for an Order Directing Arbitration between Appellant and MAE DIAMOND, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

PENNSYLVANIA BUILDING, INC., et al., Appellants, v. WARWICK EQUITY CORPORATION, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. The date for the inspection to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

SOL W. ABRAMSON, Appellant, v. FIRST NATIONAL BANK GRAND FORKS et al., Respondents.— Orders affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Peck, P. J., dissents and votes to reverse and deny the motion to vacate the warrant of attachment on the ground that sections 922 and 924 of the Civil Practice Act should be read together and the proceeding that was taken under section 924 served the purpose of the proceeding that would have been taken under section 922; and dissents and votes to reverse and deny the motion to stay the examination before trial and the trial of the issue of title. [See *post*, p. 876.]

MIRIAM B. ROSENFIELD, Appellant, v. EDWARD M. ROSENFIELD, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

GIODVAD GRELL, Respondent, v. INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Order, so far as appealed from, unanimously reversed, with $10 costs and disbursements to the appellant, and the items eliminated from the bill of particulars reinstated. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

DONALD F. DUNCAN, Appellant, v. JOSEPH H. JACOBSON et al., Doing Business under the Name of JOS. H. JACOBSON & SONS, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MIAMI VALLEY COATED PAPER CO., Respondent, v. HERMAN SCHERBAK, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

TRANSMIRRA PRODUCTS CORP., Appellant, v. JACK W. JONES, Trading as JACK W. JONES & COMPANY, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

GERTRUDE LEO, Appellant, v. VICTOR J. LEO, Respondent.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.